The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DALE GARCIA and JANA ARCHAMBEAU, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS BENENATI and LORETTA BENENATI, husband and wife and the marital community thereof; RYAN LAYTON and JANE DOE LAYTON, husband and wife and the marital community thereof; ROBERT INGRAM and JANE DOE INGRAM, husband and wife and the marital community thereof; HEATH YATES and JANE DOE YATES, husband and wife and the marital community thereof; MATT NILES and JANE DOE NILES, husband and wife and the marital community thereof; STATE OF WASHINGTON; WASHINGTON STATE PARKS AND RECREATION COMMISSION; JOHN and JANE DOES 1-20 and the marital communities thereof, and ABC CORPORATIONS 1-10,<br><br>Defendants. | No. 3:19-cv-05597-BHS<br><br>DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES<br><br>**DEMAND FOR JURY** |

Come now, Defendants Thomas Benenati and Loretta Benenati, husband and wife and the marital community thereof; Ryan Layton and Jane Doe Layton, husband and wife and the marital community thereof; Robert Ingram and Jane Doe Ingram, husband and wife

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES - 1
3:19-cv-05597-BHS
1039-00012/445600

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

and the marital community thereof; Heath Yeats and Jane Doe Yeats (not "Yates" as mistakenly listed in the caption), husband and wife and the marital community thereof; Matt Niles and Jane Doe Niles, husband and wife and the marital community thereof; State of Washington; and Washington State Parks and Recreation Commission, and in answer to Plaintiffs' *Complaint for Damages for Violation of Civil Rights and Pendent State Law Claims* admits, denies and alleges as follows:

Unless specifically admitted herein, Defendants deny each and every allegation in Plaintiffs' *Complaint for Damages*.

## I.   JURY DEMAND

1.1   Paragraph 1.1 of Plaintiffs' *Complaint for Damages* does not contain factual averments to which a response is required, and as such is denied.

## II.   JURISDICTION AND VENUE

2.1   Defendants deny the allegations contained in paragraph 2.1 of Plaintiffs' *Complaint for Damages*.

## III.   PARTIES

3.1   Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 3.1 of Plaintiffs' *Complaint for Damages* and, therefore, deny the same.

3.2   Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 3.2 of Plaintiffs' *Complaint for Damages* and, therefore, deny the same.

3.3   Defendants deny the allegations contained in paragraph 3.3 of Plaintiffs' *Complaint for Damages*.

3.4   Defendants admit the allegations contained in paragraph 3.4 of Plaintiffs' *Complaint for Damages*.

3.5   Defendants deny the allegations contained in paragraph 3.5 of Plaintiffs'

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES - 2
3:19-cv-05597-BHS
1039-00012/445600

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

*Complaint for Damages*.

3.6    Defendants deny the allegations contained in paragraph 3.6 of Plaintiffs' *Complaint for Damages*.

3.7    Defendants admit the allegations contained in paragraph 3.7 of Plaintiffs' *Complaint for Damages*.

3.8    Defendants admit the allegations contained in paragraph 3.8 of Plaintiffs' *Complaint for Damages*.

3.9    Defendants deny the allegations contained in paragraph 3.9 of Plaintiffs' *Complaint for Damages*.

3.10    Defendants admit the allegations contained in paragraph 3.10 of Plaintiffs' *Complaint for Damages*.

3.11    Defendants deny the allegations contained in paragraph 3.11 of Plaintiffs' *Complaint for Damages*.

3.12    Defendants deny the allegations contained in paragraph 3.12 of Plaintiffs' *Complaint for Damages*.

3.13    Defendants admit the allegations contained in paragraph 3.13 of Plaintiffs' *Complaint for Damages*.

3.14    Defendants admit the allegations contained in paragraph 3.14 of Plaintiffs' *Complaint for Damages*.

3.15    Defendants deny the allegations contained in paragraph 3.15 of Plaintiffs' *Complaint for Damages*.

3.16    Defendants admit the allegations contained in paragraph 3.16 of Plaintiffs' *Complaint for Damages*.

3.17    Defendants admit that the Washington State Parks and Recreation Commission is a seven-member quasi-legislative citizen commission that provides policy direction for the agency, and deny the remainder of the allegations contained in paragraph

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES - 3
3:19-cv-05597-BHS
1039-00012/445600

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

3.17 of Plaintiffs' *Complaint for Damages*.

3.18 Defendants admit that the State of Washington is a sovereign state, and deny the remainder of the allegations contained in paragraph 3.18 of Plaintiffs' *Complaint for Damages*.

3.19 Defendants deny the allegations contained in paragraph 3.19 of Plaintiffs' *Complaint for Damages*.

3.20 Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 3.20 of Plaintiffs' *Complaint for Damages* and, therefore, deny the same.

3.21 Defendants admit that Plaintiffs presented a Claim for Damages on or about December 6, 2018 to the Office of Risk Management of the Department of Enterprise Services and that more than sixty days has elapsed since that time, and deny the remainder of the allegations contained in paragraph 3.21 of Plaintiffs' *Complaint for Damages*.

## IV. FACTS

Defendants deny the allegations contained in the introductory unnumbered paragraph of Section IV. of Plaintiffs' *Complaint for Damages*.

4.1 Defendants deny the allegations contained in paragraph 4.1 of Plaintiffs' *Complaint for Damages*.

4.2 Defendants deny the allegations contained in paragraph 4.2 of Plaintiffs' *Complaint for Damages*.

4.3 Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 4.3 of Plaintiffs' *Complaint for Damages* and, therefore, deny the same.

4.4 Defendants deny the allegations contained in paragraph 4.4 of Plaintiffs' *Complaint for Damages*.

4.5 Defendants deny the allegations contained in paragraph 4.5 of Plaintiffs'

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES - 4
3:19-cv-05597-BHS
1039-00012/445600

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

*Complaint for Damages*.

4.6     Defendants deny the allegations contained in paragraph 4.6 of Plaintiffs' *Complaint for Damages*.

4.7     Defendants deny the allegations contained in paragraph 4.7 of Plaintiffs' *Complaint for Damages*.

4.8     Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 4.8 of Plaintiffs' *Complaint for Damages* and, therefore, deny the same.

4.9     Defendants deny the allegations contained in paragraph 4.9 of Plaintiffs' *Complaint for Damages*.

4.10    Defendants deny the allegations contained in paragraph 4.10 of Plaintiffs' *Complaint for Damages*.

## V.    LIABILITY AND CAUSES OF ACTION

5.1     Defendants deny the allegations contained in paragraph 5.1 of Plaintiffs' *Complaint for Damages*.

5.2     Defendants deny the allegations contained in paragraph 5.2 of Plaintiffs' *Complaint for Damages*.

5.3     Defendants admit the allegations contained in paragraph 5.3 of Plaintiffs' *Complaint for Damages*.

5.4     Defendants deny the allegations contained in paragraph 5.4 of Plaintiffs' *Complaint for Damages*.

5.5     Defendants deny the allegations contained in paragraph 5.5 of Plaintiffs' *Complaint for Damages*.

5.6     Defendants deny the allegations contained in paragraph 5.6 of Plaintiffs' *Complaint for Damages*.

5.7     Defendants deny the allegations contained in paragraph 5.7 of Plaintiffs'

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES - 5
3:19-cv-05597-BHS
1039-00012/445600

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

*Complaint for Damages*.

5.8     Defendants deny the allegations contained in paragraph 5.8 of Plaintiffs' *Complaint for Damages*.

5.9     Defendants deny the allegations contained in paragraph 5.9 of Plaintiffs' *Complaint for Damages*.

5.10    Defendants deny the allegations contained in paragraph 5.10 of Plaintiffs' *Complaint for Damages*.

5.11    Defendants deny the allegations contained in paragraph 5.11 of Plaintiffs' *Complaint for Damages*.

5.12    Defendants deny the allegations contained in paragraph 5.12 of Plaintiffs' *Complaint for Damages*.

5.13    Defendants deny the allegations contained in paragraph 5.13 of Plaintiffs' *Complaint for Damages*.

5.14    Defendants deny the allegations contained in paragraph 5.14 of Plaintiffs' *Complaint for Damages*.

5.15    Defendants deny the allegations contained in paragraph 5.15 of Plaintiffs' *Complaint for Damages*.

5.16    Defendants deny the allegations contained in paragraph 5.16 of Plaintiffs' *Complaint for Damages*.

5.17    Defendants deny the allegations contained in paragraph 5.17 of Plaintiffs' *Complaint for Damages*.

5.18    Defendants deny the allegations contained in paragraph 5.18 of Plaintiffs' *Complaint for Damages*.

## VI.    DAMAGES

6.1     Defendants deny the allegations contained in paragraph 6.1 of Plaintiffs' *Complaint for Damages*.

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES - 6
3:19-cv-05597-BHS
1039-00012/445600

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

6.2	Defendants deny the allegations contained in paragraph 6.2 of Plaintiffs' *Complaint for Damages*.

### VII.   PRAYER FOR RELIEF

7.1	Defendants deny the allegations contained in paragraph 7.1 of Plaintiffs' *Complaint for Damages*.

7.2	Defendants deny the allegations contained in paragraph 7.2 of Plaintiffs' *Complaint for Damages*.

7.3	Defendants deny the allegations contained in paragraph 7.3 of Plaintiffs' *Complaint for Damages*.

### DEMAND FOR JURY

Pursuant to Fed.R.Civ.P. 38, Defendants hereby demand that this matter be tried to a jury of six of more persons.

### AFFIRMATIVE DEFENSES

BY WAY OF FURTHER ANSWER AND FIRST AFFIRMATIVE DEFENSE, Defendants allege that Plaintiffs' claims are precluded by the doctrine of qualified immunity.

BY WAY OF FURTHER ANSWER AND SECOND AFFIRMATIVE DEFENSE, Defendants allege that Plaintiffs' claims are precluded by the doctrine of legislative immunity.

BY WAY OF FURTHER ANSWER AND THIRD AFFIRMATIVE DEFENSE, Defendants allege this action is barred by the Eleventh Amendment to the U.S. Constitution as regards the State of Washington and the Washington State Parks and Recreation Commission.

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES - 7
3:19-cv-05597-BHS
1039-00012/445600

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

BY WAY OF FURTHER ANSWER AND FOURTH AFFIRMATIVE DEFENSE, Defendants allege that neither the State of Washington and the Washington State Parks and Recreation Commission is a "person" under 42 USC § 1983.

BY WAY OF FURTHER ANSWER AND FIFTH AFFIRMATIVE DEFENSE, Defendants allege that the Plaintiffs have failed to state a claim upon which relief may be granted.

BY WAY OF FURTHER ANSWER AND SIXTH AFFIRMATIVE DEFENSE, Defendants allege that the injuries and damages, if any, claimed by the Plaintiffs were proximately caused or contributed to by the fault of Plaintiffs.

BY WAY OF FURTHER ANSWER AND SEVENTH AFFIRMATIVE DEFENSE, Defendants allege that if Plaintiffs suffered any damages, recovery therefor is barred by Plaintiffs' failure to mitigate said damages.

BY WAY OF FURTHER ANSWER AND EIGHTH AFFIRMATIVE EIGHT DEFENSE, Defendants allege that the summons and complaint were never properly served upon Defendants or that the process served was insufficient.

BY WAY OF FURTHER ANSWER AND NINTH AFFIRMATIVE DEFENSE, Defendants allege that Plaintiffs' action is barred because they were under the influence of an intoxicating liquor or drug at the time of the occurrence causing the alleged injuries and that such condition was a proximate cause of the alleged injuries. RCW 5.40.060.

BY WAY OF FURTHER ANSWER AND TENTH AFFIRMATIVE DEFENSE, Defendants allege that Plaintiffs' action is barred because they were engaged in the commission of a felony at the time of the occurrence causing the alleged injuries and the felony was a proximate cause of the alleged injuries. RCW 4.24.420.

BY WAY OF FURTHER ANSWER AND ELEVENTH AFFIRMATIVE DEFENSE, Defendants allege that Loretta Benenati was not married to Tom Benenati at the time of the incident and is an improper Defendant.

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES - 8
3:19-cv-05597-BHS
1039-00012/445600

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

# PRAYER FOR RELIEF

WHEREFORE, Defendants THOMAS BENENATI AND LORETTA BENENATI, HUSBAND AND WIFE AND THE MARITAL COMMUNITY THEREOF; RYAN LAYTON AND JANE DOE LAYTON, HUSBAND AND WIFE AND THE MARITAL COMMUNITY THEREOF; ROBERT INGRAM AND JANE DOE INGRAM, HUSBAND AND WIFE AND THE MARITAL COMMUNITY THEREOF; HEATH YATES AND JANE DOE YATES, HUSBAND AND WIFE AND THE MARITAL COMMUNITY THEREOF; MATT NILES AND JANE DOE NILES, HUSBAND AND WIFE AND THE MARITAL COMMUNITY THEREOF; STATE OF WASHINGTON; and WASHINGTON STATE PARKS AND RECREATION COMMISSION pray for the following relief:

1. That Plaintiffs' complaint be dismissed with prejudice, and that Plaintiffs take nothing by their complaint;

2. That Defendants be allowed its statutory costs and reasonable attorney fees incurred herein under 42 U.S.C. §1988, 28 U.S.C. §1927, and RCW 4.85.185; and,

3. For such additional relief the Court may deem just and equitable.

DATED this 13th day of August 2019.

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Stewart A. Estes*
Stewart A. Estes, WSBA #15535
Jeremy W. Culumber, WSBA #35423
Special Assistant Attorney General for Defendants

801 Second Avenue, Suite 1210
Seattle, WA 98104
Phone: (206) 623-8861
Fax: (206) 223-9423
Email: sestes@kbmlawyers.com
jculumber@kbmlawyers.com

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES - 9
3:19-cv-05597-BHS
1039-00012/445600

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiffs**
Mark Leemon, WSBA #5005
Leemon + Royer, PLLC
403 Columbia Street, Suite 500
Seattle, WA 98104
Tel: 206-269-1100
Fax: 206-269-7424
Email: leemon@leeroylaw.com

**Attorneys for Plaintiffs**
Thomas B. Vertetis, WSBA # 29805
Pfau Cochran Vertetis Amala, PLLC
911 Pacific Ave. Ste. 200
Tacoma, WA 98402
Tel: 253-777-0799
Fax: 253-627-0654
Email: tom@pcvalaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A.

DATED: August 13, 2019

*/s/ Stewart A. Estes*
Stewart A. Estes, WSBA #15535
Special Assistant Attorney General for
DEFENDANTS
801 Second Avenue, Suite 1210
Seattle, WA 98104
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: sestes@kbmlawyers.com

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES - 10
3:19-cv-05597-BHS
1039-00012/445600

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423