The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN OF WASHINGTON

| | |
|---|---|
| DALE GARCIA and JANA ARCHAMBEAU, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS BENENATI and LORETTA BENENATI, husband and wife and the marital community thereof; RYAN LAYTON and JANE DOE LAYTON, husband and wife and the marital community thereof; ROBERT INGRAM and JANE DOE INGRAM, husband and wife and the marital community thereof; HEATH YATES and JANE DOE YATES, husband and wife and the marital community thereof; MATT NILES and JANE DOE NILES, husband and wife and the marital community thereof; STATE OF WASHINGTON; WASHINGTON STATE PARKS AND RECREATION COMMISSION; JOHN and JANE DOES 1-20 and the marital communities thereof, and ABC CORPORATIONS 1-10,<br><br>Defendants. | No. 3:19-cv-05597-BHS<br><br>JOINT STATUS REPORT AND DISCOVERY PLAN |

COME NOW, the Parties and pursuant to Fed.R.Civ.P. 26(f), Western District Local Rule 26(f), and the Court's *Order Re Initial Disclosures, Joint Status Report, Discovery, Depositions & Early Settlement*, Dkt. 5, hereby submit the following *Joint Status Report and Discovery Plan*.

- 1
3:19-cv-05597-BHS
1039-00012/JOINT STATUS AND DISCOVERY PLAN.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

1. STATEMENT OF THE NATURE AND COMPLEXITY OF THE CASE.

This is a civil matter brought against a Washington State Parks Ranger, his supervisors, and his employing agency. It involves Civil Rights Act excessive use of force and related state law tort claims. It is not complex.

2. A PROPOSED DEADLINE FOR THE JOINING OF ADDITIONAL PARTIES.

November 29, 2019.

3. CONSENT TO MAGISTRATE

No

4. DISCOVERY PLAN:

(A) Initial Disclosures:

Initial Disclosures will be exchanged within 14 days of the date of the parties' discovery conference, which occurred on October 15, 2019.

(B) Subjects, Timing, And Potential Phasing of Discovery:

The parties will propound and conduct discovery on the topics of liability, damages and affirmative defenses. There is no need at present to depart from the usual timing or discovery or to create phasing.

(C) Electronically Stored Information:

Plaintiff may seek electronically stored information from Defendant State. However, the parties do not anticipate that there is a large volume of ESI. At present there is no need for the entry of a Model Agreement Regarding Discovery of Electronically Stored Information in Civil Litigation.

(D) Privilege Issues:

Privilege issues may arise and will be dealt with in a routine fashion, including contacting the Court by telephone or by motion if needed.

(E) Proposed Limitations on Discovery:

The parties do not presently foresee the need to place limits on discovery.

(F) The Need For Any Discovery Related Orders.
The parties do not presently foresee the need to enter any discovery related orders.

- 2
3:19-cv-05597-BHS
1039-00012/JOINT STATUS AND DISCOVERY PLAN.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

5. The Parties' Views, Proposals, And Agreements re: Local Civil Rule 26(f)(1):

    (A) Prompt Case Resolution:

        The parties will discuss prompt case resolution.

    (B) Alternative Dispute Resolution:

        The parties are amenable to alternative dispute resolution

    (C) Related Cases:

        None.

    (D) Discovery management:

        The parties will cooperate in making discovery efficient and less expensive and will seek conferences with the Court if needed. We have elsewhere sought a streamlined pre-trial statement and order.

    (E) Anticipated discovery sought;

        The parties will propound written discovery and take depositions.

    (F) Phasing motions:

        The parties may file certain motions to attempt to facilitate early resolution.

    (G) Preservation of discoverable information:

        There are no preliminary issues in this regard.

    (H) Privilege issues:

        The parties will follow Fed.R.Evid. Rule 502(b).

    (I)    Model Protocol for Discovery of ESI; and;

        While this case may involve some ESI, the parties at present do not anticipate the need for the Model Protocol.

    (J) alternatives to Model Protocol.

        Not applicable.

- 3
3:19-cv-05597-BHS
1039-00012/JOINT STATUS AND DISCOVERY PLAN.docx

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

6. The date by which discovery can be completed.

>90 days before trial.

7. Whether the case should be bifurcated by trying the liability issues before the damages issues, or bifurcated in any other way.

>Defendant reserves the right to seek bifurcation for issues, or parties, or both.

8. Whether the pretrial statements and pretrial order called for by Local Civil Rules 16(e), (h), (i), and (k), and 16.1 should be dispensed with in whole or in part for the sake of economy.

>The parties request that the Court dispense with all requirements of the pre-trial statements and order, except for the witness lists and exhibit lists.

9. Any other suggestions for shortening or simplifying the case.

>None.

10. The date the case will be ready for trial.

>October 1, 2020

11. Whether the trial will be jury or non−jury.

>Jury

12. The number of trial days required.

>Five

13. The names, addresses, and telephone numbers of all trial counsel.

>For Plaintiffs:
>
>Mark Leemon
>Leemon + Royer, PLLC
>403 Columbia Street, Suite 500
>Seattle, WA 98104
>Tel: 206-269-1100
>
>Thomas B. Vertetis
>Pfau Cochran Vertetis Amala, PLLC
>911 Pacific Ave. Ste. 200
>Tacoma, WA 98402
>Tel: 253-777-0799
>
>For Defendants:

- 4
3:19-cv-05597-BHS
1039-00012/JOINT STATUS AND DISCOVERY PLAN.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

Stewart A. Estes and Jeremy W. Culumber
Keating, Bucklin & McCormack, Inc., P.S. 801 Second Avenue, Suite 1210
Seattle, WA 98104
Phone: (206) 623-8861

14. The dates on which the trial counsel may have complications to be considered in setting a trial date.

Plaintiffs:

2020:  May 5-May 19; June 16-June 20; July 21 – October 1; December 1-25

2021:  February 1- March 20

Defendants:

 August 17 to September 4, 2020

 November 17 to December 11, 2020

15. Service.

 All parties have been served or have accepted service.

16. Whether any party wishes a scheduling conference before the Court enters a scheduling order in the case.

 No

17. The date(s) that each and every nongovernmental corporate party filed its disclosure statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.

 Not applicable.

DATED:  October 15, 2019

  KEATING, BUCKLIN & McCORMACK, INC., P.S.


By: */s/ Stewart A. Estes*
Stewart A. Estes, WSBA #15535
Jeremy W. Culumber, WSBA #35423
Special Assistant Attorneys General for Defendants Thomas Benenati And Loretta Benenati, Ryan Layton And Jane Doe Layton, Robert Ingram And Jane Doe Ingram, Heath Yates and Jane Doe Yates, Matt Niles

- 5
3:19-cv-05597-BHS
1039-00012/JOINT STATUS AND DISCOVERY PLAN.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

and Jane Doe Niles, State Of Washington, And Washington State Parks And Recreation Commission

801 Second Avenue, Suite 1210
Seattle, WA  98104
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: sestes@kbmlawyers.com

LEEMON + ROYER

 /s/ *Mark Leemon*
Mark Leemon, WSBA #5005
Counsel for Plaintiff
403 Columbia St., Ste. 500
Seattle, WA  98104
(206) 269-1100
leemon@leeroylaw.com

- 6
3:19-cv-05597-BHS
1039-00012/JOINT STATUS AND DISCOVERY PLAN.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2019, by prior agreement, I electronically served the foregoing to the following:

**Attorneys for Plaintiffs**

Mark Leemon, WSBA #5005
Leemon + Royer, PLLC
403 Columbia Street, Suite 500
Seattle, WA 98104
Tel: 206-269-1100
Fax: 206-269-7424
Email:  leemon@leeroylaw.com
diane@leeroylaw.com

**Attorneys for Plaintiffs**

Thomas B. Vertetis, WSBA # 29805
Pfau Cochran Vertetis Amala, PLLC
911 Pacific Ave. Ste. 200
Tacoma, WA  98402
Tel: 253-777-0799
Fax:  253-627-0654
Email:  tom@pcvalaw.com
jeanne@pcvalaw.com

DATED:  October 15, 2019

/s/ Stewart A. Estes
Stewart A. Estes, WSBA #15535
Special Assistant Attorney General for Defendants
801 Second Avenue, Suite 1210
Seattle, WA  98104
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: sestes@kbmlawyers.com

- 7
3:19-cv-05597-BHS
1039-00012/JOINT STATUS AND DISCOVERY PLAN.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423