The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

DALE GARCIA and JANA
ARCHAMBEAU, husband and wife,

              Plaintiffs,

    v.

THOMAS BENENATI and LORETTA
BENENATI, husband and wife and the
marital community thereof; RYAN
LAYTON and JANE DOE LAYTON,
husband and wife and the marital
community thereof; ROBERT INGRAM
and JANE DOE INGRAM, husband and
wife and the marital community thereof;
HEATH YATES and JANE DOE YATES,
husband and wife and the marital
community thereof; MATT NILES and
JANE DOE NILES, husband and wife and
the marital community thereof; STATE OF
WASHINGTON; WASHINGTON STATE
PARKS AND RECREATION
COMMISSION; JOHN and JANE DOES 1-
20 and the marital communities thereof, and
ABC CORPORATIONS 1-10,

              Defendants.

No. 3:19-cv-05597-BHS

STIPULATED ORDER GRANTING
DEFENDANTS' MOTION FOR
JUDGMENT ON THE PLEADINGS

NOTE ON MOTION CALENDAR:
May 29, 2020

STIPULATED ORDER GRANTING STATE DEFS'
MOTION FOR JUDGMENT ON THE PLEADINGS - 1
3:19-cv-05597-BHS

1039-00012/19-5597 Garcia Stip Dismissing Certain Parties.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

This matter having come before the Court on *Defendants State of Washington and Washington State Parks and Recreation Commission's Motion for Judgment on the Pleadings*, and the Court having considered the Motion, and the parties stipulate as follows:

IT IS HEREBY ORDERED THAT *Defendants State of Washington and Washington State Parks and Recreation Commission's Motion for Judgment on the Pleadings* is granted, and all of Plaintiffs' claims against Defendants State of Washington and Washington State Parks and Recreation Commission are dismissed without prejudice.

DONE IN OPEN COURT THIS 29th DAY OF MAY 2020.


_____
BENJAMIN H. SETTLE
United States District Judge


Presented by:

KEATING BUCKLIN & MCCORMACK, INC., P.S.


By:  */s/ Stewart A. Estes*_____
     Stewart A. Estes, WSBA #15535
     Jeremy W. Culumber, WSBA #35423

Special Assistant Attorneys General for Defendants
THOMAS BENENATI and LORETTA BENENATI,
RYAN LAYTON and JANE DOE LAYTON,
ROBERT INGRAM and JANE DOE INGRAM,
HEATH YATES and JANE DOE YATES, MATT
NILES and JANE DOE NILES, STATE OF
WASHINGTON, and WASHINGTON STATE
PARKS AND RECREATION COMMISSION


STIPULATED ORDER GRANTING STATE DEFS'
MOTION FOR JUDGMENT ON THE PLEADINGS - 2
3:19-cv-05597-BHS
1039-00012/19-5597 Garcia Stip Dismissing Certain Parties.docx

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

1

2

3

4      Approved as to form,
       notice of presentation waived:

5

6      LEEMON + ROYER, PLLC

7

8      By:  */s/ Mark Leemon*
       Mark Leemon, WSBA #5005

9      Attorney for Plaintiffs
       403 Columbia Street, Suite 500

10     Seattle, WA 98104
       Tel: 206-269-1100

11     Fax: 206-269-7424
       leemon@leeroylaw.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED ORDER GRANTING STATE DEFS'
MOTION FOR JUDGMENT ON THE PLEADINGS - 3
3:19-cv-05597-BHS

1039-00012/19-5597 Garcia Stip Dismissing Certain Parties.docx

**KEATING, BUCKLIN & McCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423