The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DALE GARCIA and JANA ARCHAMBEAU, husband and wife,<br><br>                Plaintiffs,<br><br>v.<br><br>THOMAS BENENATI and LORETTA BENENATI, husband and wife and the marital community thereof; RYAN LAYTON and JANE DOE LAYTON, husband and wife and the marital community thereof; ROBERT INGRAM and JANE DOE INGRAM, husband and wife and the marital community thereof; HEATH YATES and JANE DOE YATES, husband and wife and the marital community thereof; MATT NILES and JANE DOE NILES, husband and wife and the marital community thereof; STATE OF WASHINGTON; WASHINGTON STATE PARKS AND RECREATION COMMISSION; JOHN and JANE DOES 1-20 and the marital communities thereof, and ABC CORPORATIONS 1-10,<br><br>                Defendants. | No. 3:19-cv-05597-BHS<br><br>AGREED ORDER GRANTING INDIVIDUAL DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>NOTE ON MOTION CALENDAR: September 4, 2020 |

This matter having come before the Court on the parties' agreement as to *Individual Defendants' Motion for Partial Summary Judgment*, *Dkt. No*. 21, and the Court having considered the Motion, this Court understands that the parties have agreed that the aforesaid motion should be granted, and finding itself fully informed,

ORDER GRANTING INDIVIDUAL DEFS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 1
3:19-cv-05597-BHS
1039-00012/19-5597 Garcia Stip order on SJ.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

1  The Court hereby **GRANTS** *Individual Defendants' Motion For Partial Summary Judgment* and **ORDERS** that all 42 USC §1983 claims against Defendants Robert Ingram, Ryan Layton, Heath Yeats, and Matt Niles (and their associated "Jane Doe" Defendants) are dismissed with prejudice and without assessment of costs or fees.

The Court further **GRANTS** *Individual Defendants' Motion for Partial Summary Judgment* and **ORDERS** that all state law claims against Defendants Robert Ingram, Ryan Layton, Heath Yeats, and Matt Niles (and their associated "Jane Doe" Defendants) are dismissed without prejudice and without assessment of costs or fees.

The Court further **GRANTS** *Individual Defendants' Motion For Partial Summary Judgment* and **ORDERS** that all state law claims against Heath Yeats (and his associated "Jane Doe" Defendant) are dismissed with prejudice and without assessment of costs or fees.

DONE IN OPEN COURT THIS 22nd DAY OF September, 2020.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

KEATING BUCKLIN & MCCORMACK, INC., P.S.

By: */s/ Stewart A. Estes*
Stewart A. Estes, WSBA #15535
Special Assistant Attorney General for Defendants
THOMAS BENENATI and LORETTA BENENATI,
RYAN LAYTON and JANE DOE LAYTON,
ROBERT INGRAM and JANE DOE INGRAM,
HEATH YATES and JANE DOE YATES, MATT
NILES and JANE DOE NILES, STATE OF

ORDER GRANTING INDIVIDUAL DEFS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 2
3:19-cv-05597-BHS
1039-00012/19-5597 Garcia Stip order on SJ.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

WASHINGTON, and WASHINGTON STATE PARKS AND RECREATION COMMISSION

LEEMON + ROYER, PLLC

By: */s/ Mark Leemon*
　　　Mark Leemon, WSBA #5005
Attorneys for Plaintiffs
403 Columbia Street, Suite 500
Seattle, WA 98104
Tel: 206-269-1100
Fax: 206-269-7424
leemon@leeroylaw.com

ORDER GRANTING INDIVIDUAL DEFS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 3
3:19-cv-05597-BHS
1039-00012/19-5597 Garcia Stip order on SJ.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423