**EXHIBIT A**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DALE GARCIA and JANA
ARCHAMBEAU, husband and wife,

                Plaintiffs,

     v.

THOMAS BENENATI and LORETTA
BENENATI, husband and wife and the
marital community thereof; RYAN
LAYTON and JANE DOE LAYTON,
husband and wife and the marital
community thereof; ROBERT INGRAM
and JANE DOE INGRAM, husband and
wife and the marital community thereof;
HEATH YATES and JANE DOE
YATES, husband and wife and the marital
community thereof; MATT NILES and
JANE DOE NILES, husband and wife and
the marital community thereof; STATE
OF WASHINGTON; WASHINGTON
STATE PARKS AND RECREATION
COMMISSION; JOHN and JANE DOES
1-20 and the marital communities thereof,
and ABC CORPORATIONS 1-10,

                Defendants.

No. 3:19-cv-05597-BHS

INDIVIDUAL DEFENDANTS' FIRST
INTERROGATORIES AND REQUESTS
FOR PRODUCTION OF DOCUMENTS
TO PLAINTIFF DALE GARCIA  AND
PLAINTIFF'S SECOND
SUPPLEMENTAL ANSWERS
THERETO

TO:        DALE GARCIA Plaintiff;

AND TO:   Mark Leemon, Leemon + Royer, PLLC, and Thomas B. Vertetis, Pfau Cochran
               Vertetis Amala, PLLC, Attorneys for Plaintiffs

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

ever attended through today's date, state the name and address of each; dates of attendance; and any degree, diploma, certificate or equivalency (GED) granted.

**ANSWER**:

Yuba City High School, Yuba City, Ca 1976 to 1979 high school diploma
Military schooling
One school I'm certified in is classified. On need to know basis.
Certified in Hydraulics all phases .
Interim weapons cargo elevators both at treasure island, Ca 1980 to1981
ASE certified master technician 1986 to 1999

**INTERROGATORY NO. 3:** List all of your employment, or sources of income, for the preceding eight (8) years including the name, address and telephone number of each employer; dates of employment; job duties; salary or income; the name, address, and telephone number of your direct supervisor.

**ANSWER:**

Last 10 years:
Premium Pole Buildings
21212 Roth Rd. Ridgefield,Wa
360-607-1153
I'm lead man
$20.00 per hour.
Doug Roth owner

**INTERROGATORY NO. 4:** Have you ever been arrested for, charged with, or convicted of any crime? If so, state the nature of the crime or charge, the police agency involved, the date of arrest and/or conviction, and court names, and cause number.

**ANSWER:**

11/14/02  Case No. 02C50890 Driving uninsured

10/29/04  Case No. 04C52841  Endanger Welfare Minor (Dismissed); Marion County Circuit

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

Court, Agency: ORS

11/9/05 Convicted of Assault 4, Marion Co. Circuit Court, Oregon

3/2/06  Case No. 06C42581 Marion County Circuit Court Possess Meth; agency ORS

7/24/06  Case No. 05C53748  Assault 4, Marion Co. Circuit Court, Agency: ORS

5/30/14  Case No. 4Z0243423 No valid Oper License with Valid ID

6/15/17  Case No. 7Z0782220 DWLS 3rd Degree, Battle Ground Muni Ct

6/15/17  Case No. 5Z0171364 No Driver's License on Person, Battle Ground Muni Ct.

3/15/18 Case No. 7Z08950556, False statement to public servant, Battle Ground Mun. Ct.

3/15/18  Case No. 7Z0865881, DWLS 3rd Degree

**SUPPLEMENT 9/8/20:**

4/5/06  Case No. 3:06-cr-00141-RE-1, U.S. District Court, Oregon. Bank Robbery.

**REQUEST FOR PRODUCTION NO. 1:**  Please provide documents relating to your answers above.

**RESPONSE:**

See attached.

**INTERROGATORY NO. 5:**  Are you claiming medical, or mental health care expenses as a result of these incidents? If yes, please set forth in your claim in detail, describing each loss and stating the claimed amount.

**ANSWER:**

Yes.

**REQUEST FOR PRODUCTION NO. 2:**  Please provide documents reflecting the losses described above.

**RESPONSE:**

Medical records have been provided.  I do not have wage loss information at this time.

**INTERROGATORY NO. 6:**  Are you claiming lost past or future wages or income

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

all of your criminal prosecutions and convictions.

**RESPONSE:**

Redundant to RFP 1.

**REQUEST FOR PRODUCTION NO. 11:** Produce any and all audio recordings or files that relate to the incident at issue or to your damages.

**RESPONSE:**

None that I know of

**REQUEST FOR PRODUCTION NO. 12:** Produce any and all video recordings or files that relate to the incident at issue or to your damages.

**RESPONSE:**

None that I know of

**REQUEST FOR PRODUCTION NO. 13:** Produce any and all photographs that relate to the incident at issue or to your damages.

**RESPONSE:**

None that I recall other than medical records and what was posted on Facebook (see attached response to RFP #9).

2nd Supplemental Answers and Responses dated: 9/8/20

_____
Mark Leemon, WSBA # 5005
Attorneys for Plaintiffs

INDIVIDUAL DEFS' 1ST ROGS AND RFPS - 11
3:19-cv-05597-BHS
1039-00012/D. GARCIA 2ND SUPP RESPONSES TO ROGS, RFPS.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

# DECLARATION OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on the below date, a true and correct copy of the foregoing was served upon the parties listed below via the method indicated:

Defendant's Attorney:
Stewart A. Estes
KEATING, BUCKLIN & McCORMACK, INC.
801 Second Ave., Ste. 1210
Seattle, WA  98104
sestes@kbmlawyers.com
☑ E-mail      ☐ United States Mail      ☐ Legal Messenger

**Attorneys for Plaintiffs**
Thomas B. Vertetis, WSBA # 29805
Pfau Cochran Vertetis Amala, PLLC
911 Pacific Ave. Ste. 200
Tacoma, WA  98402
Tel: 253-777-0799
Fax:  253-627-0654
Email:  tom@pcvalaw.com
☑ E-mail      ☐ United States Mail      ☐ Legal Messenger

DATED 9/9/20.

*Diane Oggoian*
Diane Oggoian, Paralegal

INDIVIDUAL DEFS' 1ST ROGS AND RFPS - 12
3:19-cv-05597-BHS
1039-00012/D. GARCIA 2ND SUPP  RESPONSES TO ROGS, RFPS.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

## CERTIFICATION OF PARTY

DALE GARCIA, deposes and says:

I am a plaintiff in the above-entitled action, have read the within and foregoing Plaintiff's Second Supplement to Individual Defendants' First Interrogatories and Requests for Production of Documents Answers and Responses; know the contents thereof; and believe the same to be true.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this ___8___ day of September, 2020, at ___VANCOUVER___ Washington.

_____
DALE GARCIA

## 1. CRIMINAL RECORD

**Name:**              DALE ERIC GARCIA

**Date of birth:**     ███████61

**State:**             WA

**Sex:**               Male

**Offense Details**

**Case Number:**       7Z0865881

**Date:**              07/11/2017

**Court Details**

**Case Number:**       7Z0865881

**Date:**              03/15/2018

**Description:**       BATTLE GROUND MUNICIPAL COURT

**Disposition:**       GUILTY

**Level:**             TRAFFIC

**Offense:**           DWLS 3RD DEGREE

## 2. CRIMINAL RECORD

**Name:** DALE ERIC GARCIA

**Date of birth:** █████61

**State:** WA

**Sex:** Male

### Offense Details

**Case Number:** 7Z0821008

**Date:** 07/05/2017

### Court Details

**Case Number:** 7Z0821008

**Date:** 03/15/2018

**Description:** BATTLE GROUND MUNICIPAL COURT

**Disposition:** GUILTY

**Level:** TRAFFIC

**Offense:** DWLS 3RD DEGREE

## 3. CRIMINAL RECORD

| | |
|---|---|
| **Name:** | DALE ERIC GARCIA |
| **Date of birth:** | █████61 |
| **State:** | WA |
| **Sex:** | Male |

### Offense Details

| | |
|---|---|
| **Case Number:** | 7Z0850555 |
| **Date:** | 07/02/2017 |

### Court Details

| | |
|---|---|
| **Case Number:** | 7Z0850555 |
| **Date:** | 03/15/2018 |
| **Description:** | BATTLE GROUND MUNICIPAL COURT |
| **Disposition:** | AMENDED |
| **Level:** | TRAFFIC |
| **Offense:** | DWLS 3RD DEGREE |

### Offense Details

| | |
|---|---|
| **Case Number:** | 7Z0850555 |
| **Date:** | 07/02/2017 |

### Court Details

| | |
|---|---|
| **Case Number:** | 7Z0850555 |
| **Date:** | 03/15/2018 |
| **Description:** | BATTLE GROUND MUNICIPAL COURT |
| **Disposition:** | COMMITTED |
| **Level:** | TRAFFIC |
| **Offense:** | NO DRIVER'S LICENSE ON PERSON |

## 4. CRIMINAL RECORD

**Name:**             DALE ERIC GARCIA

**Date of birth:**    ▮▮▮▮▮61

**State:**            WA

**Sex:**              Male

### Offense Details

**Case Number:**      7Z0850556

**Date:**             07/02/2017

### Court Details

**Case Number:**      7Z0850556

**Date:**             03/15/2018

**Description:**      BATTLE GROUND MUNICIPAL COURT

**Disposition:**      GUILTY

**Offense:**          FALSE STATEMENT TO PUBLIC SERVANT

## 5. CRIMINAL RECORD

| | |
|---|---|
| **Name:** | DALE ERIC GARCIA |
| **Date of birth:** | ██████61 |
| **State:** | WA |
| **Sex:** | Male |

### Offense Details

| | |
|---|---|
| **Case Number:** | 7Z0782220 |
| **Date:** | 06/08/2017 |

### Court Details

| | |
|---|---|
| **Case Number:** | 7Z0782220 |
| **Date:** | 06/15/2017 |
| **Description:** | BATTLE GROUND MUNICIPAL COURT |
| **Disposition:** | AMENDED |
| **Level:** | TRAFFIC |
| **Offense:** | DWLS 3RD DEGREE |

### Offense Details

| | |
|---|---|
| **Case Number:** | 7Z0782220 |
| **Date:** | 06/08/2017 |

### Court Details

| | |
|---|---|
| **Case Number:** | 7Z0782220 |
| **Date:** | 06/15/2017 |
| **Description:** | BATTLE GROUND MUNICIPAL COURT |
| **Disposition:** | COMMITTED |
| **Level:** | TRAFFIC |
| **Offense:** | NO DRIVER'S LICENSE ON PERSON |

## 6. CRIMINAL RECORD

**Name:**              DALE ERIC GARCIA

**Date of birth:**       ██████61

**State:**             WA

**Sex:**               Male

### Offense Details

**Case Number:**    5Z0171364

**Date:**              05/10/2015

### Court Details

**Case Number:**    5Z0171364

**Date:**              06/15/2017

**Description:**     BATTLE GROUND MUNICIPAL COURT

**Disposition:**     AMENDED

**Level:**             TRAFFIC

**Offense:**         DWLS 3RD DEGREE

### Offense Details

**Case Number:**    5Z0171364

**Date:**              05/10/2015

### Court Details

**Case Number:**    5Z0171364

**Date:**              06/15/2017

**Description:**     BATTLE GROUND MUNICIPAL COURT

**Disposition:**     COMMITTED

**Level:**             TRAFFIC

**Offense:**         NO DRIVER'S LICENSE ON PERSON

## 7. CRIMINAL RECORD

**Name:**               DALE ERIC GARCIA

**Date of birth:**      ██████61

**State:**              WA

**Sex:**                Male

### Offense Details

**Case Number:**        4Z0243423

**Date:**               02/04/2014

### Court Details

**Case Number:**        4Z0243423

**Date:**               05/30/2014

**Description:**        BATTLE GROUND MUNICIPAL COURT

**Disposition:**        AMENDED

**Level:**              TRAFFIC

**Offense:**            DWLS 3RD DEGREE

### Offense Details

**Case Number:**        4Z0243423

**Date:**               02/04/2014

### Court Details

**Case Number:**        4Z0243423

**Date:**               05/30/2014

**Description:**        BATTLE GROUND MUNICIPAL COURT

**Disposition:**        COMMITTED

**Level:**              TRAFFIC

**Offense:**            NO VALID OPER LICENSE WITH VALID ID

## 8. CRIMINAL RECORD

**Name:**               DALE ERIC GARCIA

**Date of birth:**      ██████61

**State:**              OR

**Weight:**             135

**Hair:**               BROWN

**Eyes:**               BROWN

**Race:**               WHITE

**Sex:**                Male

### Offense Details

| | |
|---|---|
| **Case Number:** | 06C42581 |
| **Date:** | 03/02/2006 |

**Court Details**

| | |
|---|---|
| **Case Number:** | 06C42581 |
| **Description:** | MARION CO CIRCUIT COURT |
| **Disposition:** | Status:CHARGE REPLACED 20060315 |
| **Offense:** | ROBBERY-1 |

**Arrest Details**

| | |
|---|---|
| **Agency:** | ORS |

**Offense Details**

| | |
|---|---|
| **Case Number:** | 06C42581 |
| **Date:** | 03/02/2006 |

**Court Details**

| | |
|---|---|
| **Case Number:** | 06C42581 |
| **Description:** | MARION CO CIRCUIT COURT |
| **Disposition:** | Status:JUDGMENT DISMISSAL CRIMINAL 20060 |
| **Offense:** | ROBBERY-2 |

**Arrest Details**

| | |
|---|---|
| **Agency:** | ORS |

**Offense Details**

| | |
|---|---|
| **Case Number:** | 06C42581 |
| **Date:** | 03/02/2006 |

**Court Details**

| | |
|---|---|
| **Case Number:** | 06C42581 |
| **Description:** | MARION CO CIRCUIT COURT |
| **Disposition:** | Status:CHARGE REPLACED 20060315 |
| **Offense:** | POSSESS METH |

**Arrest Details**

| | |
|---|---|
| **Agency:** | ORS |

**Offense Details**

| | |
|---|---|
| **Case Number:** | 06C42581 |
| **Date:** | 03/02/2006 |

**Court Details**

| | |
|---|---|
| **Case Number:** | 06C42581 |
| **Description:** | MARION CO CIRCUIT COURT |
| **Disposition:** | Status:JUDGMENT DISMISSAL CRIMINAL 20060 |
| **Offense:** | POSSESS METH |

**Arrest Details**

| | |
|---|---|
| **Agency:** | ORS |

## 9. CRIMINAL RECORD

**Name:** DALE ERIC GARCIA

**Date of birth:** ████ 61

**State:** OR

### Offense Details

**Case Number:** 05C53748

**Date:** 11/09/2005

### Court Details

**Case Number:** 05C53748

**Date:** 07/24/2006

**Description:** MARION CO CIRCUIT COURT

**Disposition:** JUDGMENT SENTENCE Status:CONVICTED 20060724

**Offense:** ASSAULT-4

### Arrest Details

**Agency:** ORS

## 10. CRIMINAL RECORD

**Name:** DALE ERIC GARCIA

**Date of birth:** ██████61

**State:** OR

**Weight:** 185

**Hair:** BROWN

**Race:** WHITE

**Sex:** Male

### Offense Details

**Case Number:** 04C52841

**Date:** 10/29/2004

### Court Details

**Case Number:** 04C52841

**Description:** MARION CO CIRCUIT COURT

**Disposition:** Status:DISMISSED 20050411

**Offense:** ENDANGER WELFARE MINOR

### Arrest Details

**Agency:** ORS

## 11. CRIMINAL RECORD

| | |
|---|---|
| **Name:** | DALE ERIC GARCIA |
| **Date of birth:** | ███████61 |
| **State:** | OR |
| **Race:** | WHITE |

### Offense Details

| | |
|---|---|
| **Case Number:** | 02C50890 |
| **Date:** | 09/24/2002 |

### Court Details

| | |
|---|---|
| **Case Number:** | 02C50890 |
| **Date:** | 11/14/2002 |
| **Description:** | MARION CO CIRCUIT COURT |
| **Disposition:** | JUDGMENT FTA |
| **Offense:** | DRIVING UNINSURED |

### Arrest Details

| | |
|---|---|
| **Agency:** | ORS |

### Offense Details

| | |
|---|---|
| **Case Number:** | 02C50890 |
| **Date:** | 09/24/2002 |

### Court Details

| | |
|---|---|
| **Case Number:** | 02C50890 |
| **Date:** | 11/14/2002 |
| **Description:** | MARION CO CIRCUIT COURT |
| **Disposition:** | JUDGMENT FTA |
| **Offense:** | DWS/VIOLATION |

### Arrest Details

| | |
|---|---|
| **Agency:** | ORS |

## 12. CRIMINAL RECORD

**Name:** DALE ERIC GARCIA

**Date of birth:** ███61

**State:** OR

**Weight:** 135

**Hair:** BROWN

**Eyes:** BROWN

**Race:** WHITE

**Sex:** Male

### Offense Details

**Case Number:** 98C44101

**Date:** 04/03/1998

### Court Details

**Case Number:** 98C44101

**Description:** MARION CO CIRCUIT COURT

**Offense:** POSS CONTROLLED SUB 2

### Arrest Details

**Agency:** ORS

### Offense Details

**Case Number:** 98C44101

**Date:** 04/03/1998

### Court Details

**Case Number:** 98C44101

**Description:** MARION CO CIRCUIT COURT

**Offense:** PROH ACTS/CTR SUB/SCH II

### Arrest Details

**Agency:** ORS

### Offense Details

**Case Number:** 98C44101

**Date:** 04/03/1998

### Court Details

**Case Number:** 98C44101

**Description:** MARION CO CIRCUIT COURT

**Offense:** THEFT-3

### Arrest Details

**Agency:** ORS

## 13. CRIMINAL RECORD

**Name:**            DALE ERIK GARCIA

**Date of birth:**   ███████61

**State:**           OR

**Weight:**          135

**Hair:**            BROWN

**Eyes:**            BROWN

**Race:**            WHITE

**Sex:**             Male

### Offense Details

**Case Number:**     97C21208

**Date:**            08/19/1997

### Court Details

**Case Number:**     97C21208

**Date:**            08/21/1998

**Description:**     MARION CO CIRCUIT COURT

**Disposition:**     JUDGMENT SUSPENDED IMPOSITION

**Offense:**         FELON POSSESS FIREARM

### Arrest Details

**Agency:**          ORS

### Offense Details

**Case Number:**     97C21208

**Date:**            08/19/1997

### Court Details

**Case Number:**     97C21208

**Date:**            08/21/1998

**Description:**     MARION CO CIRCUIT COURT

**Disposition:**     JUDGMENT SUSPENDED IMPOSITION

**Offense:**         POSS CONTROLLED SUB 2

### Arrest Details

**Agency:**          ORS

## 14. CRIMINAL RECORD

**Name:**            DALE ERIC GARCIA

**Date of birth:**   ██████61

| | |
|---|---|
| **State:** | OR |

Offense Details

| | |
|---|---|
| **Case Number:** | 95C22870 |
| **Date:** | 09/14/1995 |

**Court Details**

| | |
|---|---|
| **Case Number:** | 95C22870 |
| **Date:** | 08/18/1998 |
| **Description:** | MARION CO CIRCUIT COURT |
| **Disposition:** | PROBATION VIO DISPOSITION |
| **Offense:** | FAILURE TO APPEAR-1 |

**Arrest Details**

| | |
|---|---|
| **Agency:** | ORS |

**Offense Details**

| | |
|---|---|
| **Case Number:** | 95C22870 |
| **Date:** | 09/14/1995 |

**Court Details**

| | |
|---|---|
| **Case Number:** | 95C22870 |
| **Date:** | 03/05/1996 |
| **Description:** | MARION CO CIRCUIT COURT |
| **Disposition:** | SENTENCE PRESUMPTIVE |
| **Offense:** | FAILURE TO APPEAR-1 |

**Arrest Details**

| | |
|---|---|
| **Agency:** | ORS |

**Offense Details**

| | |
|---|---|
| **Case Number:** | 95C22870 |
| **Date:** | 06/22/1995 |

**Court Details**

| | |
|---|---|
| **Case Number:** | 95C22870 |
| **Date:** | 08/18/1998 |
| **Description:** | MARION CO CIRCUIT COURT |
| **Disposition:** | PROBATION VIO DISPOSITION |
| **Offense:** | FAILURE TO APPEAR-1 |

**Arrest Details**

| | |
|---|---|
| **Agency:** | ORS |

**Offense Details**

| | |
|---|---|
| **Case Number:** | 95C22870 |
| **Date:** | 06/22/1995 |

**Court Details**

| | |
|---|---|
| **Case Number:** | 95C22870 |

**Date:** 03/05/1996

**Description:** MARION CO CIRCUIT COURT

**Disposition:** SENTENCE PRESUMPTIVE

**Offense:** FAILURE TO APPEAR-1

**Arrest Details**

**Agency:** ORS

## 15. CRIMINAL RECORD

**Name:** DALE ERIC GARCIA

**Date of birth:** ███████61

**State:** OR

**Weight:** 130

**Hair:** BROWN

**Eyes:** BROWN

**Race:** WHITE

**Sex:** Male

**Offense Details**

**Description:** POSSESS CONTROL SUB - SCH II

**Type:** Department Of Correction

**Level:** F

**Sentence:** Sentence Type : PROBATION SENTENCE Sent Start Date: 19980818 Sent End Date: 20000217

**Maximum Term:** 18Months

**Case Number:** 94C20305

**Date:** 02/09/1994

**Court Details**

**Case Number:** 94C20305

**Date:** 03/05/1996

**Description:** MARION CO CIRCUIT COURT

**Disposition:** JUDGMENT ON PROBATION

**Offense:** MANU/DEL CNTRLD SUB-SC 2

**Arrest Details**

**Date:** 02/09/1994

**Agency:** ORS

**Level:** FC

**Offense:** POSSESS CONTROL SUB - SCH II

**Offense Details**

| | |
|---|---|
| **Case Number:** | 94C20305 |
| **Date:** | 02/09/1994 |

### Court Details

| | |
|---|---|
| **Case Number:** | 94C20305 |
| **Date:** | 03/05/1996 |
| **Description:** | MARION CO CIRCUIT COURT |
| **Disposition:** | JUDGMENT ON PROBATION |
| **Offense:** | POSS CONTROLLED SUB 2 |

### Arrest Details

| | |
|---|---|
| **Date:** | 02/09/1994 |
| **Agency:** | ORS |

### Offense Details

| | |
|---|---|
| **Case Number:** | 94C20305 |
| **Date:** | 02/09/1994 |

### Court Details

| | |
|---|---|
| **Case Number:** | 94C20305 |
| **Date:** | 03/31/1997 |
| **Description:** | MARION CO CIRCUIT COURT |
| **Disposition:** | MODIFICATION OF SENTENCE |
| **Offense:** | POSS CONTROLLED SUB 2 |

### Arrest Details

| | |
|---|---|
| **Date:** | 02/09/1994 |
| **Agency:** | ORS |

### Offense Details

| | |
|---|---|
| **Case Number:** | 94C20305 |
| **Date:** | 02/09/1994 |

### Court Details

| | |
|---|---|
| **Case Number:** | 94C20305 |
| **Date:** | 08/18/1998 |
| **Description:** | MARION CO CIRCUIT COURT |
| **Disposition:** | PROBATION VIO DISPOSITION |
| **Offense:** | POSS CONTROLLED SUB 2 |

### Arrest Details

| | |
|---|---|
| **Date:** | 02/09/1994 |
| **Agency:** | ORS |

**Offense Details**

| | |
|---|---|
| **Case Number:** | 94C20305 |
| **Date:** | 02/09/1994 |

**Court Details**

| | |
|---|---|
| **Case Number:** | 94C20305 |
| **Date:** | 04/28/1994 |
| **Description:** | MARION CO CIRCUIT COURT |
| **Disposition:** | SENTENCE PRESUMPTIVE |
| **Offense:** | POSS CONTROLLED SUB 2 |

**Arrest Details**

| | |
|---|---|
| **Date:** | 02/09/1994 |
| **Agency:** | ORS |

**Offense Details**

| | |
|---|---|
| **Description:** | FAIL TO APPEAR I |
| **Type:** | Department Of Correction |
| **Level:** | F |
| **Sentence:** | Sentence Type : PROBATION SENTENCE Sent Start Date: 19960305 Sent End Date: 20011118 |
| **Maximum Term:** | 5Years 8Months 14Days |
| **Case Number:** | 95C22870/01 |

**Arrest Details**

| | |
|---|---|
| **Level:** | FC |
| **Offense:** | FAIL TO APPEAR I |

**Offense Details**

| | |
|---|---|
| **Description:** | FIREARM - EX-CON POSSESS |
| **Type:** | Department Of Correction |
| **Level:** | F |
| **Sentence:** | Sentence Type : PROBATION SENTENCE Sent Start Date: 19980818 Sent End Date: 20010817 |
| **Maximum Term:** | 36Months |
| **Case Number:** | 97C21208/01 |

**Arrest Details**

| | |
|---|---|
| **Level:** | FC |
| **Offense:** | FIREARM - EX-CON POSSESS |

## 16. CRIMINAL RECORD

**Name:**          DALE ERIC GARCIA

**Date of birth:**          ███61

**State:**          OR

**Weight:**          135

**Hair:**          BROWN

**Eyes:**          BROWN

**Race:**          WHITE

**Sex:**          Male

### Offense Details

**Description:**          POSSESS CONTROL SUB - SCH II

**Type:**          Department Of Correction

**Level:**          F

**Sentence:**          Sentence Type : PROBATION SENTENCE Sent Start Date: 19980818 Sent End Date: 20000217

**Maximum Term:**          18Months

**Case Number:**          94C20305

### Arrest Details

**Level:**          FC

**Offense:**          POSSESS CONTROL SUB - SCH II

### Offense Details

**Description:**          POSSESS CONTROL SUB - SCH II

**Type:**          Department Of Correction

**Level:**          F

**Sentence:**          Sentence Type : PROBATION SENTENCE Sent Start Date: 19940428 Sent End Date: 20011118

**Maximum Term:**          7Years 6Months 22Days

**Case Number:**          94C20305

### Arrest Details

**Level:**          FC

**Offense:**          POSSESS CONTROL SUB - SCH II

### Offense Details

**Description:**          FAIL TO APPEAR I

**Type:**          Department Of Correction

**Level:**          F

**Sentence:**          Sentence Type : PROBATION SENTENCE Sent Start Date: 19960305 Sent End Date: 20011118

| **Maximum Term:** | 5Years 8Months 14Days |
|---|---|
| **Case Number:** | 95C22870/01 |

### Arrest Details

| **Level:** | FC |
|---|---|
| **Offense:** | FAIL TO APPEAR I |

### Offense Details

| **Description:** | FIREARM - EX-CON POSSESS |
|---|---|
| **Type:** | Department Of Correction |
| **Level:** | F |
| **Sentence:** | Sentence Type : PROBATION SENTENCE Sent Start Date: 19980818 Sent End Date: 20010817 |
| **Maximum Term:** | 36Months |
| **Case Number:** | 97C21208/01 |

### Arrest Details

| **Level:** | FC |
|---|---|
| **Offense:** | FIREARM - EX-CON POSSESS |

# Bankruptcies

**1** | Bankruptcy Records

## 1. BANKRUPTCY

**Case Number:**      0062561

**Filing Date:**      05/08/2000

**Discharge Date:**      08/25/2000

**Chapter:**      7

**Filing Type:**      INDIVIDUAL

**Disposition:**      Discharged

**Court:**      OREGON - EUGENE

**State:**      OR

| Attorneys | |
|---|---|
| **Address:** | 805 Liberty St NE Ste 3 Salem, OR 97301 |
| **Name:** | LARRY J MOLINARI |
| **Address:** | 805 Liberty St NE Ste 3 Salem, OR 97301 |
| **Address:** | 805 Liberty St NE Ste 3 Salem, OR 97301 |
| **Name:** | LARRY J MOLINARI |
| **Address:** | 805 Liberty St NE Ste 3 Salem, OR 97301 |

| Debtors | |
|---|---|
| **Name:** | DALE E GARCIA |
| **Address:** | 1355 Hoffman Rd NE Salem, OR 97301 |
| **Name:** | PATRICE A GARCIA |
| **Address:** | 1355 Hoffman Rd NE Salem, OR 97301 |
| **Name:** | DALE E GARCIA |
| **Address:** | 1355 Hoffman Rd NE Salem, OR 97301 |
| **Name:** | PATRICE A GARCIA |
| **Address:** | 1355 Hoffman Rd NE Salem, OR 97301 |

# Judgments & Liens

This section is locked. Upgrade this report to view this section.

# Licenses

This section is locked. Upgrade this report to view this section.

**Disclaimer:** While we are constantly updating and refining our database and service, we do not represent or warrant that the results provided will be 100% accurate and up to date. BeenVerified, Inc. is a database of publicly available sources of information aggregated for your convenience. BeenVerified, Inc. does not provide private investigator services and this information should not

be used for employment, tenant screening, or any FCRA related purposes. BeenVerified, Inc. does not make any representation or warranty as to the character or the integrity of the person, business, or entity that is the subject of any search inquiry processed through our service.

Copyright © 2019 BeenVerified, Inc. Inc. All Rights Reserved.