THE HONORABLE BENJAMIN H. SETTLE
Trial Date: November 9, 2021

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DALE GARCIA and JANA ARCHAMBEAU, husband and wife, <br><br>                    Plaintiffs, <br><br>   v. <br><br> THOMAS BENENATI and LORETTA BENENATI, husband and wife and the marital community thereof; RYAN LAYTON and JANE DOE LAYTON, husband and wife and the marital community thereof; ROBERT INGRAM and JANE DOE INGRAM, husband and wife and the marital community thereof; HEATH YATES and JANE DOE YATES, husband and wife and the marital community thereof; MATT NILES and JANE DOE NILES, husband and wife and the marital community thereof; STATE OF WASHINGTON; WASHINGTON STATE PARKS AND RECREATION COMMISSION; JOHN and JANE DOES 1-20 and the marital communities thereof, and ABC CORPORATIONS 1-10, <br><br>                    Defendants. | No. 3:19-cv-05597-BHS <br><br> [PROPOSED] <br><br> STIPULATION FOR AND ORDER OF DISMISSAL <br><br><br> [CLERK'S ACTION REQUIRED] |

STIPULATION FOR AND ORDER OF DISMISSAL - 1
3:19-cv-05597-BHS

1039-00012/Prop Stip and Order of Dismissal

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Dale Garcia and Jana Archambeau and Defendants listed above that any and all of Plaintiffs' claims and causes of action which were or could have been brought against any or all Defendants are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

Dated: June 18, 2021          LEEMON + ROYER, PLLC


                              */s/ Mark Leemon*
                              Mark Leemon, WSBA #5005
                              Attorneys for Plaintiffs
                              403 Columbia Street, Suite 500
                              Seattle, WA 98104
                              Tel: 206-269-1100
                              Fax: 206-269-7424
                              leemon@leeroylaw.com


Dated: June 18, 2021          KEATING, BUCKLIN & McCORMACK, INC., P.S.


                              */s/ Stewart A. Estes*
                              Stewart A. Estes, WSBA #15535
                              Attorneys for Defendants
                              801 Second Avenue, Suite 1210
                              Seattle, WA 98104
                              Ph.: (206) 623-8861 / FAX: (206) 223-9423
                              sestes@kbmlawyers.com

STIPULATION FOR AND ORDER OF DISMISSAL - 2
3:19-cv-05597-BHS

1039-00012/Prop Stip and Order of Dismissal

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that any and all of Plaintiffs' claims and causes of action which were or could have been brought against any or all Defendants are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this _____ day of _____, 2021.

_____
THE HONORABLE BENJAMIN H. SETTLE

STIPULATION FOR AND ORDER OF DISMISSAL - 3
3:19-cv-05597-BHS

1039-00012/Prop Stip and Order of Dismissal

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423